374 A.2d 727

Rosebud & Company, Inc. v. BDP International, Inc., Appellant.

Argued March 24, 1977. Charles W. Craven, with him Marshall, Dennehey & Warner, for appellant; Richard R. Block, with him Beitch and Block, for appellee.

Judgment affirmed.

374 A.2d 727

Salus v. Famous Baking Co., Inc., Appellant.

Argued March 22, 1977. William T. Adis, with him Stanley A. Uhr, for appellant; Bernard S. Robinson, with him Robinson & Bernstein, for appellee.

Judgment affirmed.